# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA M. GREG,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:16-1388** |
| v. | : | **(JUDGE MANNION)** |
| **NANCY A. BERRYHILL,**<br>**Acting Commissioner**<br>**of Social Security** | :<br><br>: | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commission denying her claim for DIB benefits, **(Doc. 1)**, is **GRANTED**;

**(3)** this case is **REMANDED** to the Commission for further proceedings consistent with Judge Schwab's report; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 19, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1388-01-ORDER.wpd